IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: Condemnation by the   :
Pennsylvania Turnpike Commission   :
of Property Located in the Township   :
of Bristol, Bucks County,   :
Commonwealth of Pennsylvania for   :
the I-95 Interchange Project (Parcel   :
ID No. 05-020-048) The   :
Pennsylvania Turnpike Commission   :
  :
               v.   :   No. 1186 C.D. 2016
  :
Orange Hill, Inc. and Martin/   :
Petrone, L.P.,   :
            Appellants

# **O R D E R**

NOW, May 22, 2017, having considered appellants' application for reargument *en banc* and appellee's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge